**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUAN CARLOS RIVERA-RIVERA,

Petitioner,

v.

ERIC H. HOLDER, Jr., Attorney General,

Respondent.

No. 08-71076

Agency No. A098-793-446

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 29, 2010[**]

Before:    ALARCÓN, LEAVY, and GRABER, Circuit Judges.

Juan Carlos Rivera-Rivera, a native and citizen of El Salvador, petitions for

review of the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's decision denying his application for special rule cancellation

of removal under the Nicaraguan Adjustment and Central American Relief Act of

---

[*]      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

1997 ("NACARA").  We have jurisdiction under 8 U.S.C. § 1252.  Reviewing de novo questions of law, *Cerezo v. Mukasey*, 512 F.3d 1163, 1166 (9th Cir. 2008), we deny the petition for review.

Rivera-Rivera's contention is foreclosed by *Barrios v. Holder*, 581 F.3d 849, 858 (9th Cir. 2009) (holding that a minor who seeks relief as a derivative under NACARA must personally satisfy the seven-year continuous physical presence requirement).

**PETITION FOR REVIEW DENIED.**

08-71076